1
2
3
4

Marc J. Randazza, Esq. CA Bar 269535
Randazza Legal Group
6525 Warm Springs Rd. Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
mjr@randazza.com

5
6

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

7

8

## UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

10

11   LIBERTY MEDIA HOLDINGS, LLC
     A California Corporation

12

13                    Plaintiff,

14            vs.

15   ERIC HENSON

16

17                    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 11-CV-00652-MMA-BLM

**PROOF OF SERVICE**

**Hearing Date: March 19, 2012**
**Time: 2:30 PM**
**Courtroom 5**

18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, Erika Dillon, the undersigned hereby declare:

     I am over the age of eighteen and am employed as an in-house paralegal by Liberty

Media Holdings, LLC.  My business address is 4262 Blue Diamond Rd., Suite 102-377, Las

Vegas, Nevada 89139.

     On February 3, 2012, I personally served a true and correct copy of:

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST ERIC HENSON;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

**DECLARATION OF BRIAN DUNLAP;**

**DECLARATION OF ERIKA DILLON; and**

**EXHIBITS A-I**

on the Defendant Eric Henson via the address where service was effected, addressed as follows:

       **ERIC HENSON**
       **C/O FIRST STEP INTERNET**
       **1420 S. BLAINE ST.**
       **MOSCOW, ID 83843**

     I placed a true and correct copy of these filings in a sealed envelope with appropriate

postage and delivered them to a collections box regularly maintained by the U.S. Postal Service.

Dated: February 3, 2012               Respectfully submitted,

                                 Erika Dillon
                                 Liberty Media Holdings, LLC
                                 4262 Blue Diamond Rd. #102-377
                                 Las Vegas, NV 89139
                                 erika@libertymediaholdings.com