AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Liberty Media Holdings, LLC

### V.

Eric Henson

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**    11cv652-MMA(BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Denies Liberty's motion for entry of default judgment and Dismisses the complaint for lack of personal jurisdiction.

| March 21, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ L. Hammer

(By) Deputy Clerk

ENTERED ON March 21, 2012