Marc J. Randazza, Esq. CA Bar 269535
Randazza Legal Group
6525 Warm Springs Rd. Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ERIC HENSON<br><br>　　　　　　Defendant. | Case No. 11-CV-00652-MMA-BLM<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Liberty Media Holdings, LLC hereby appeals to the United States Court of Appeals for the 9th Circuit. No transcripts have been recorded in this case and as such, none are required. The civil complaint was first filed on March 31, 2011.

Dated: March 28, 2012

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ Marc Randazza
　　　　　　　　　　　　　　　　　　Marc J. Randazza, CA Bar 269535
　　　　　　　　　　　　　　　　　　Randazza Legal Group
　　　　　　　　　　　　　　　　　　6525 Warm Springs Rd. Suite 100
　　　　　　　　　　　　　　　　　　Las Vegas, NV 89118
　　　　　　　　　　　　　　　　　　888-667-1113
　　　　　　　　　　　　　　　　　　305-437-7662 (fax)
　　　　　　　　　　　　　　　　　　mjr@randazza.com
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, Liberty Media Holdings

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on March 28, 2012. A copy was also sent via U.S. mail to the Defendant at the address used to effect service.

Dated: March 28, 2012

Respectfully submitted,

Erika Dillon
Liberty Media Holdings, LLC
4262 Blue Diamond Rd. #102-377
Las Vegas, NV 89139
erika@libertymediaholdings.com