UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

13 MAY 17 AM 8:50

| | |
|---|---|
| Liberty Media Holdings, LLC a California Corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Eric Henson,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 11CV0652-MMA(BLM)<br>USCA NO. 12-55574<br><br><br>NOTICE OF HEARING |

　　Please take notice that the above-entitled cause has been set for APPEAL MANDATE HEARING on petition requisite to filing certified copy of judgment from U.S. Court of Appeals <u>Reversed and Remanded</u> the decision of U.S. District Court, Southern District of California at <u>2:30 PM</u> on <u>June 10, 2013</u>, in courtroom <u>3A</u>, at:

　　　　<u>X</u>　U.S. District Courthouse, Schwartz, 221 W. Broadway, San Diego, CA

　　　　____　U.S. District Courthouse, Annex, 333 W. Broadway, San Diego, CA

　　The Court informs the parties that the spreading of the mandate upon the minutes of the district court record is a ministerial task in which the appellate court's decision is filed and the case is returned to the jurisdiction of the district court. If this Court's decision has been affirmed and no additional proceedings in this court are necessary, the parties are not required to attend the hearing. If this Court's decision has been reversed, however, the parties shall attend the hearing and should be prepared to discuss the status of the litigation and their suggestions on how to proceed.

　　　　　　　　　　　　　　　　　　　　W. SAMUEL HAMRICK, JR., CLERK
　　　　　　　　　　　　　　　　　　　　by_____
　　　　　　　　　　　　　　　　　　　　Deputy