MITCHELL J. LANGBERG (CA Bar No. 171912)
mlangberg@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067-3007
Telephone:   (310) 500-4600
Facsimile:   (310) 500-4602

Attorneys for Plaintiff Liberty Media Holdings, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>v.<br><br>ERIC HENSON,<br><br>Defendant. | CASE NO.:  11-CV-652-MMA(BLM)<br><br>Honorable Michael M. Anello,<br>Courtroom 3A<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Liberty

Media Holdings, LLC,  ("Plaintiff") hereby submits its voluntary dismissal of the

///

///

///

///

///

///

///

///

///

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067-3007
(310)500-4600

1  above captioned matter without prejudice.  Defendant Eric Henson has not filed an

2  answer or responsive pleading to Plaintiff's Complaint.

3         DATED this 25th day of June, 2013.

4                                    Respectfully submitted,

5                                    BROWNSTEIN HYATT FARBER SCHRECK,
                                     LLP
6

7                                    By: _____/s/ Mitchell J. Langberg___
                                            MITCHELL J. LANGBERG
8                                           (CA Bar No. 171912)
                                            mlangberg@bhfs.com
9                                           BROWNSTEIN HYATT FARBER
                                            SCHRECK, LLP
10                                          2029 Century Park East, Suite 2100
                                            Los Angeles, CA 90067-3007
11                                          Attorneys for Plaintiff Liberty Media
                                            Holdings, LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067-3007
(310) 500-4600

016194\0001\10462178.1